UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

RAYMOND WATISON,

        Plaintiff,

v.

INMATE DENTIST, *et al.*,

        Defendants.

2:10-cv-01340-KJD-LRL

**O R D E R**

Before the court are plaintiff's Motion to Restore Copywork $10.00 (#24) and Motion for Order to Permit Plaintiff to View His Medical Records (#14), to which defendant filed a Response (#22). Also before the court is plaintiff's Motion for Order to Permit Plaintiff to View His Medical Records (#23), which repeats the requests in motion (#14).

**Motion (#24)**

On January 31, 2011, the court extended plaintiff's copy account in this case by $10.00. Order (#12). Plaintiff states that he used that money to make copies in another of his cases and therefore wants the court to extend his copy limit by another $10.00 here. The court will not do so. In its Order (#12), the court explained, "plaintiff should not assume that further increases will be granted as a matter of course or without a particularized showing of specific need." While plaintiff states that he must make copies of exhibits in this case, he does not state how many exhibits he intends to copy nor how many copies of the exhibits he must make. Nor does he inform the court of his current copy account balance. His motion will be denied.

**Motions (##14, 23)**

Plaintiff requests a court order to permit him to view his medical records. Defendant, in his Response (#22), explains that in conjunction with its Motion to Dismiss (#16) and Motion for Summary

Judgment (#19), defendant would send copies of its sealed exhibits – including plaintiff's medical records – to plaintiff at Ely State Prison. Accordingly, plaintiff will be able to see and respond to the exhibits. The motions (##14, 23) are therefore moot.

IT IS THEREFORE ORDERED that plaintiff's Motion to Restore Copywork $10.00 (#24) is denied.

IT IS FURTHER ORDERED that plaintiff's Motion for Order to Permit Plaintiff to View His Medical Records (#14) and Motion for Order to Permit Plaintiff to View His Medical Records (#23) are denied as moot.

DATED this 1st day of April, 2011.

_____
**LAWRENCE R. LEAVITT**
**UNITED STATES MAGISTRATE JUDGE**