# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RAYMOND WATISON,

    Plaintiff,

v.

JOSEPH HANSEN,

    Defendant.

Case No. 2:10-CV-01340-KJD-LRL

**ORDER**

    Presently before the Court is Defendant's Motion to File Documents Under Seal (#15). Having read and considered the motion, and good cause being found, the Motion to File Under Seal is **GRANTED**. Also before the Court are Plaintiff's Motions for Extension of Time (#25/28). Having read and considered those motions, and good cause being found, they are **GRANTED**. Plaintiff shall file his response in opposition to Defendant's motion to dismiss and for summary judgment, no later than May 2, 2011.

**IT IS SO ORDERED.**

    DATED this 4th day of April 2011.

                                            Kent J. Dawson
                                            United States District Judge